UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNETH AMRON,

                               Plaintiff,          18 Civ. 11336 (LGS)

           -against-                    ORDER

YARDAIN INC. PENSION PLAN, et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Stipulation and Order of Settlement issued on February 4, 2020 (Dkt. No. 50), the Plan was ordered to pay Plaintiff the lump sum identified in the Order by March 5, 2020, and Plaintiff was ordered to file a stipulation of dismissal with prejudice within ten days of the deposit and clearance of those funds;

      WHEREAS, no such stipulation has been filed. It is hereby

      ORDERED that Plaintiff shall file the stipulation by March 27, 2020 or, in the alternative, file a status letter explaining why he has not done so.

Dated: March 23, 2020
       New York, New York

                                                                       LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE